**Order entered October 13, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00772-CR

**NAHUN ENRIQUE GUTIERREZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-82750-2016**

## ORDER

We **VACATE** our September 22, 2017 order.

Before the Court is court reporter Robin Washington's September 20, 2017 request for an extension of time. We **GRANT** the request and **ORDER** the reporter's record filed on or before October 30, 2017.

/s/    LANA MYERS
          JUSTICE